# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**Larry Rodriguez,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:08-cv-1994-Orl-22GJK**

**Orange County Housing and Community Development Division, Mitchell Glasser,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on November 26, 2008.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice and the Application be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. The Court notes that the copy of the Report and Recommendation mailed to Defendant was returned twice as undeliverable.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 17, 2009 (Doc. No. 8) is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is DENIED as moot.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2009.

Copies furnished to:

Larry Rodriguez, *pro se*

ANNE C. CONWAY
United States District Judge